UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

| | |
|---|---|
| BRANDY L. SKUTLEY,<br><br>             Plaintiff,<br><br>     v.<br><br>WALGREEN CO.,<br><br>             Defendant. | No. 2:23-cv-01193 WBS KJN<br><br><br><br>ORDER |

----oo0oo----

     The parties report that mediation is currently scheduled to conclude on January 31, 2024, and request that the court delay setting discovery deadlines until after mediation is completed. (Docket No. 10).)

     IT IS THEREFORE ORDERED that the status (pretrial scheduling) conference be, and the same hereby is, RESCHEDULED for February 26, 2024.  Parties shall file their joint status report by February 12, 2024.

Dated:  October 24, 2023

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

1