UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

| | |
|---|---|
| BRANDY L. SKUTLEY, individually and on behalf of herself and all others similarly situated, | No. 2:23-cv-01193 WBS KJN |
| Plaintiff, | ORDER |
| v. | |
| WALGREEN CO., an Illinois Corporation, and DOES 1-50, inclusive, | |
| Defendants. | |

----oo0oo----

The parties report that they have reached a resolution of this case and are currently finalizing the Memorandum of Understanding of a class and PAGA action settlement. (Docket No. 15.) Accordingly, the parties request that the court stay this matter while they finalize their settlement. (Id.)

IT IS THEREFORE ORDERED that this action is STAYED pending finalization and approval of the parties' settlement.

Dated: February 13, 2024

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

1