1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRANDY L. SKUTLEY, on behalf of herself individually and all others similarly situated,<br><br>              Plaintiff,<br><br>    v.<br><br>WALGREEN CO., an Illinois corporation; and DOES 1 through 50, inclusive,<br><br>             Defendants. | Case No. 2:23−CV−01193−WBS−CSK<br><br>District Judge: Hon. William B. Shubb<br>Magistrate Judge: Hon. Chi Soo Kim<br><br>**ORDER RE STIPULATION TO REMAND REMOVED ACTION**<br><br>Complaint Filed: April 10, 2023<br>Removed: June 21, 2023<br>Trial Date: None |

ORDER

Having read and considered the Parties' Stipulation to Remand Removed Action, and with good cause appearing, the Court hereby Orders the following:

1. This Action is remanded to Yolo County Superior Court, Case No. CV2023-0740.

**IT IS SO ORDERED.**

Dated: March 17, 2025

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE